JACOB D. FLESHER – SBN 210565
JASON W. SCHAFF – SBN 244285
WENDY A. GREEN – SBN 192584
**FLESHER SCHAFF & SCHROEDER, INC.**
2202 Plaza Drive
Rocklin, CA 95765
Telephone: (916) 672-6558
Facsimile:  (916) 672-6602

Attorneys for defendants,
NATIONAL PASSENGER RAILROAD CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * *

| | |
|---|---|
| AARON SALAZAR,<br><br>          Plaintiff,<br><br>     vs.<br><br>NATIONAL PASSENGER RAILROAD CORPORATION,<br><br>          Defendants. | **CASE NO. 2:20-cv-00979-MCE-AC**<br>*Complaint filed: 5/14/2020*<br>*Trial Date: not set*<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT; ORDER THEREON**<br><br>**(Local Rule 144)** |

The parties, through their respective counsel, hereby request and stipulate that the deadline for defendant NATIONAL PASSENGER RAILROAD CORPORATION to respond to the complaint be extended for 28 days per Local Rule 144. The current deadline for defendant to respond to the complaint is October 15, 2020. Therefore, the parties request that the deadline for defendant to respond be extended to November 12, 2020.

DATED:  October 13, 2020

**CARPENTER, ZUCKERMAN & ROWLEY, LLP**

By__*/s/ John A. Kawai*_
JOHN A. KAWAI
Attorneys for Plaintiff AARON SALAZAR

DATED:  October 13, 2020							**FLESHER SCHAFF & SCHROEDER, INC.**

By */s/ Jason W. Schaff*
JASON W. SCHAFF
Attorneys for Defendant NATIONAL PASSENGER RAILROAD CORPORATION

## ORDER

Upon stipulation of counsel, pursuant to Local Rule 144, IT IS HEREBY ORDERED that the deadline for defendant to respond to the complaint is extended to November 12, 2020.

IT IS SO ORDERED.

Dated:  October 16, 2020

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE