JACOB D. FLESHER – SBN 210565
JASON W. SCHAFF – SBN 244285
WENDY A. GREEN – SBN 192584
**FLESHER SCHAFF & SCHROEDER, INC.**
2202 Plaza Drive
Rocklin, CA 95765
Telephone: (916) 672-6558
Facsimile:  (916) 672-6602

Attorneys for defendants,
NATIONAL PASSENGER RAILROAD CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| AARON SALAZAR,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>NATIONAL PASSENGER RAILROAD CORPORATION,<br><br>　　　　Defendants. | **CASE NO. 2:20-cv-00979-MCE-AC**<br>*Complaint filed: 5/14/2020*<br>*Trial Date: not set*<br><br>**ORDER ON REQUEST FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**(Local Rule 144)** |

Pursuant to Local Rule 144, Federal Rule of Civil Procedure 6, and Defendant's Request [Dkt. No. 7], to which no opposition has been filed, the Court orders that the deadline for defendant to respond to the complaint is extended to December 28, 2020.

IT IS SO ORDERED.

Dated:  November 12, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE