John A. Kawai, Esq. (SBN 260120)
**CARPENTER, ZUCKERMAN & ROWLEY, LLP**
407 Bryant Circle, Suite F,
Ojai, CA 93023
Tel:  (805) 272-4001
Fax:  (805) 719-6858
Email: team3@czrlaw.com

Attorneys for Plaintiff, AARON SALAZAR

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| AARON SALAZAR,<br><br>                    Plaintiff,<br><br>          v.<br><br>NATIONAL PASSENGER RAILROAD CORPORATION; and DOES 1 to 50, inclusive,<br><br>                    Defendant. | Case No. 2:20-cv-00979-MCE-AC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

The parties to this action, by and through their counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, to the dismissal of prejudice of this action, with each party to bear its own attorney's fees and costs.

DATED:  December 28, 2020          CARPENTER, ZUCKERMAN & ROWLEY, LLP

**/s/ John A. Kawai**
By:_____
JOHN A. KAWAI, ESQ.
Attorneys for Plaintiff, AARON SALAZAR

Carpenter,
Zuckerman &
Rowley LLP

1    DATED:  December 28, 2020              FLESHER SCHAFF & SCHROEDER, INC.

2                                           **/s/ Jason W. Schaff**

                              By:_____
3                                           JASON W. SCHAFF, ESQ.
                                            Attorneys for Defendant NATIONAL
4                                           PASSENGER RAILROAD CORPORATION

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Carpenter,
Zuckerman &   27
Rowley LLP
28

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

1

2

**ORDER**

3
       The Stipulation is approved.  The entire action is hereby dismissed with prejudice, and

4
the Clerk of the Court is directed to close this case.

5
IT IS SO ORDERED. Dated:

6
            January 11, 2021

7

8
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26
Carpenter,

Zuckerman & 27
Rowley LLP

28

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE